**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **ASHLEY D. ORTIZ,** | § | |
| | § | |
| ***Plaintiff*,** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **TEXAS TECH UNIVERSITY HEALTH SCIENCE CENTER, ALBERT CAMPOS, HIRING DIRECTOR; LYSA PEREZ, MEDICAL CODING DIRECTOR; STEPHAN SCHUBERT, HR DIRECTOR; SUSIE MENA, CODING MANAGER; RICARDO TIRADO, CODING MANAGER; AND JENNIFER ERICKSON, VICE PRESIDENT, HR,** | § | **No. 3:26-CV-02013-LS** |
| | § | |
| ***Defendants*.** | § | |

**ORDER DENYING MOTION TO APPOINT COUNSEL**

Plaintiff Ashley Ortiz moves for appointment of counsel in this civil rights action against Texas Tech University Science Center and several of its employees. The Court may appoint counsel for "indigent civil rights plaintiffs" in exceptional circumstances,[1] and 28 U.S.C. 1915(e)(1) allows the Court to "request an attorney to represent any person unable to afford counsel." Courts consider "the type and complexity of the case, the litigant's ability to investigate and present the case, and the level of skill required to present the evidence."[2]

Plaintiff paid the filing fee and has not demonstrated indigency. She has also shown her capacity to research claims and prepare filings, and the case is not unusually complex. Therefore,

---

[1] *Naranjo v. Thompson*, 809 F.3d 793, 803 (5th Cir. 2015).
[2] *Doe v. Charter Commc'ns LLC*, No. 1:23-cv-01458, 2023 WL 8622348, at *2 (W.D. Tex. Dec. 13, 2023) (citing *Ulmer v. Chancellor*, 691 F.2d 209, 213 (5th Cir. 1982)).

the Court does not find exceptional circumstances warranting appointment of counsel, and Plaintiff's motion [ECF No. 2] is **DENIED**.

**SO ORDERED**.

**SIGNED** and **ENTERED** on August 14, 2026.

**LEON SCHYDLOWER**
**UNITED STATES DISTRICT JUDGE**